UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH SCOTT WRIGHT,

        Petitioner,

    v.

ED TROYER,

        Respondent.

CASE NO. 3:22-cv-05621-LK-JRC

ORDER TO SHOW CAUSE OR, IN THE ALTERNATIVE, ANSWER THE PETITION

This is a federal habeas action filed under 28 U.S.C. § 2254. On September 9, 2022, the Court directed service upon respondent and upon the Attorney General of the State of Washington copies of the habeas petition, all documents in support thereof, the order, and the Notice of Option of Consent. *See* Dkt. 7. In that order the Court directed respondent to file and serve an answer within 45 days after service of the petition. *See id*. The docket indicates that service was executed upon the Attorney General and the Pierce County Prosecuting Attorney's Office on September 15 and 16, 2022, respectively. *See* Dkts. 9, 10. On December 7, 2022, the Court issued an order directing respondent to answer the petition on or before December 23,

2022. *See* Dkt. 11. However, to date respondent has not answered the petition. Therefore, the Court directs respondent show cause why relief should not be granted, or otherwise answer the petition, on or before **April 5, 2023**. The Clerk shall arrange for service by certified mail upon respondent and upon the Attorney General of the State of Washington a copy of this order.

Dated this 16th day of March, 2023.

J. Richard Creatura
United States Magistrate Judge

ORDER TO SHOW CAUSE OR, IN THE
ALTERNATIVE, ANSWER THE PETITION - 2